IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHARLES "BUDDY" DEWEY SIMMONS                                          PETITIONER
REG. #09844-042

V.                              NO. 2:05CV00217JLH

LINDA SANDERS, Warden,                                                 RESPONDENT
FCI, Forrest City, AR

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Petitioner's 28 U.S.C. § 2241 petition for writ of habeas corpus is hereby granted and Respondent is directed to: (a) consider, within twenty days and in good faith, transferring Petitioner to a CCC for the last six months of his sentence, or for the remainder of his sentence if less than six months remain to be served, in accordance with the factors taken into account by the BOP prior to its adoption of the December 2002 Policy; and (b) place Petitioner in conditions that will afford him a reasonable opportunity to adjust to and prepare for his reentry into the community during a reasonable part of the last ten percent of his term, to the extent practicable, not to exceed six months.

IT IS SO ORDERED this __28th__ day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE